AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCNIFF, PETER J. | U.S. Bank. Crt.-Dist. of WY | 04/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF BANKRUPTCY JUDGE-Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

2120 CAPITOL AVE., RM. 8024
CHEYENNE, WY 82001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 6/1967 | State of WY Retirement Plan $358/mo. beginning 8/16/90 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Mortgage on Real Estate--Blue Hill, ME (Part VII, Line 5) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts-Wyo Bank & Trust | A | Int./Div. | O | T | | | | | |
| 2. Lazy E Bar E Prtrshp | | None | N | W | | | | | |
| 3. Whitaker West Ltd Liab Co. (appraisal 12/99) | | None | M | Q | | | | | |
| 4. Royalty Int.- Laramie County, Wyoming | F | Royalty | L | W | | | | | |
| 5. Real Estate--Blue Hill, ME | | None | M | W | | | | | |
| 6. Trust #1 (ECM) | | None | | | Closed | 07/02/12 | J | A | See note in Part VIII |
| 7. Intrnl Invstrs Van Eck Fund | | None | J | T | | | | | |
| 8. X-Aspen Exploration | | None | J | W | | | | | |
| 9. Art Work & Books | | None | K | W | | | | | |
| 10. Jewelry | | None | K | W | | | | | |
| 11. RBC Money Market Fund | A | Int./Div. | | | Closed | 07/25/12 | J | A | |
| 12. BROKERAGE ACCOUNT 86 | | | | | | | | | |
| 13. Abbott Laboratories | A | Dividend | | | Sold | 07/25/12 | K | D | |
| 14. Accenture PLC Ireland | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 15. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 16. America Movil SAB De CV | | None | | | Sold | 03/15/12 | J | A | |
| 17. Amphenol Corp | A | Dividend | | | Sold | 07/25/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Anadarko Petroleum Corp | A | Dividend | | | Sold | 07/25/12 | L | F | |
| 19. Apple, Inc | | None | | | Sold | 07/25/12 | K | E | |
| 20. AT&T Inc | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 21. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 22. Autodesk Inc | | None | | | Sold | 07/25/12 | J | A | |
| 23. Baxter International, Inc. | A | Dividend | | | Sold | 07/25/12 | K | D | |
| 24. Carbo Ceramics Inc | A | Dividend | | | Sold | 02/28/12 | J | A | |
| 25. Church & Dwight Co | A | Dividend | | | Sold | 07/25/12 | J | B | |
| 26. | | | | | Buy | 01/26/12 | J | | |
| 27. Cisco Sys Inc | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 28. | | | | | Buy (add'l) | 02/28/12 | J | | |
| 29. Coach Inc | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 30. Costco Whsl Corp. | A | Dividend | | | Sold | 07/25/12 | K | D | |
| 31. Dicks Sporting Goods Inc | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 32. Donaldson Co Inc | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 33. | | | | | Buy (add'l) | 01/26/12 | J | | |
| 34. Dow Chemical Co. | A | Dividend | | | Sold | 07/25/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ecolab, Inc. | A | Dividend | | | Sold | 07/25/12 | J | B | |
| 36. | | | | | Sold (part) | 01/26/12 | J | A | |
| 37. EMC Corp-Mass | | None | | | Sold | 07/25/12 | J | A | |
| 38. Emerson Electric Co. | A | Dividend | | | Sold | 07/25/12 | J | B | |
| 39. Estee Lauder Companies Inc | | None | | | Sold | 07/25/12 | J | A | |
| 40. Exxon Mobile Corp. | B | Dividend | | | Sold | 07/25/12 | L | F | |
| 41. General Electric Co. | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 42. Google Inc | | None | | | Sold | 04/13/12 | J | A | |
| 43. Honeywell Intl Inc | A | Dividend | | | Sold | 07/25/12 | J | B | |
| 44. | | | | | Sold (part) | 01/26/12 | J | B | |
| 45. Hormel Foods Corp | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 46. | | | | | Sold (part) | 01/26/12 | J | A | |
| 47. Ingredion Inc. (Formerly Corn Products Intl | A | Dividend | | | Sold | 07/25/12 | J | D | |
| 48. Intl Business Mach Corp | A | Dividend | | | Sold | 07/25/12 | K | A | |
| 49. Johnson & Johnson | A | Dividend | | | Sold | 07/25/12 | K | C | |
| 50. Joy global Inc | A | Dividend | | | Sold | 06/14/12 | J | A | |
| 51. | | | | | Buy | 01/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kraft Foods Inc | A | Dividend | | | Sold | 01/26/12 | J | B | |
| 53. Lowes Companies Inc | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 54. Marriott Intl Inc | A | Dividend | | | Sold | 07/25/12 | K | E | |
| 55. Marriott Vacations Worlwide | | None | | | Sold | 07/25/12 | J | C | |
| 56. National Oilwell Varco | A | Dividend | | | Sold | 07/25/12 | J | C | |
| 57. Nike Inc. | A | Dividend | | | Sold | 07/25/12 | J | B | |
| 58. Novo Nordisk A/S-ADR | A | Dividend | | | Sold | 07/25/12 | J | B | |
| 59. Occidental Petrol Corp | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 60. Oracle Corp | A | Dividend | | | Sold | 07/25/12 | J | C | |
| 61. O'Reilly Automotive Inc | | None | | | Sold | 07/25/12 | J | C | |
| 62. Pepsico Inc | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 63. Perrigo Co | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 64. | | None | | | Buy | 02/28/12 | J | | |
| 65. Petsmart Inc. | A | Dividend | | | Sold | 07/25/12 | J | C | |
| 66. Praxair Inc | A | Dividend | | | Sold | 07/25/12 | K | D | |
| 67. Price, T. Rowe Grp Inc. | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 68. Proctor & Gamble | A | Dividend | | | Sold | 01/27/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Prudential Fincl Inc. | | None | | | Sold | 07/25/12 | J | A | |
| 70. Qualcomm Inc | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 71. | | | | | Buy (add'l) | 01/26/12 | J | | |
| 72. Schlumberger Ltd | A | Dividend | | | Sold | 07/25/12 | J | A | |
| 73. Stryker Corp | A | Dividend | | | Sold | 02/28/12 | J | A | |
| 74. Target Corp | A | Dividend | | | Sold | 07/25/12 | J | B | |
| 75. Union Pacific Corp | B | Dividend | | | Sold | 07/25/12 | M | G | |
| 76. Walgreen Co | A | Dividend | | | Sold | 07/19/12 | J | A | |
| 77. Waters Corp | | None | | | Sold | 07/25/12 | K | D | |
| 78. BROKERAGE ACCOUNT 88 | | | | | | | | | |
| 79. Aeropostale | | None | | | Sold | 07/24/12 | J | A | |
| 80. | | | | | Sold (part) | 05/01/12 | J | A | |
| 81. AMN Healthcare Svcs Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 82. | | | | | Buy (add'l) | 01/26/12 | J | | |
| 83. | | | | | Buy (add'l) | 03/02/12 | J | | |
| 84. Ascena Retail Group Inc | | None | | | Sold | 07/24/12 | J | A | |
| 85. | | | | | Sold (part) | 02/22/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Associated Banc Corp | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 87. | | | | | Buy (add'l) | 01/09/12 | J | | |
| 88. ATMI Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 89. | | | | | Sold (part) | 01/25/12 | J | A | |
| 90. | | | | | Sold (part) | 01/06/12 | J | | |
| 91. | | | | | Buy (add'l) | 05/23/12 | J | | |
| 92. Avid Technology Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 93. | | | | | Buy (add'l) | 01/19/12 | J | | |
| 94. Bio-Rad Lab Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 95. | | | | | Sold (part) | 01/19/12 | J | A | |
| 96. Carbo Ceramics Inc | A | Dividend | | | Sold | 02/10/12 | J | A | |
| 97. | | | | | Buy | 01/27/12 | J | | |
| 98. Carter's Inc | | None | | | Sold | 07/24/12 | J | A | |
| 99. | | | | | Sold (part) | 06/12/12 | J | A | |
| 100. Cathay General Bancorp | A | Dividend | | | Sold | 07/24/12 | J | B | |
| 101. Charles River Labs | | None | | | Sold | 07/24/12 | J | A | |
| 102. | | | | | Sold (part) | 05/21/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Covance Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 104. | | | | | Sold (part) | 01/26/12 | J | A | |
| 105. | | | | | Sold (part) | 01/19/12 | J | A | |
| 106. CVB Financial Corp | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 107. | | | | | Buy (add'l) | 01/19/12 | J | | |
| 108. Dana Holding Corp | | None | | | Sold | 07/24/12 | J | A | |
| 109. | | | | | Buy | 06/01/12 | J | | |
| 110. | | | | | Buy (add'l) | 06/14/12 | J | | |
| 111. Dealertrack Hldgs Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 112. Dreamworks Animation SKG | | None | | | Sold | 02/01/12 | J | A | |
| 113. Dril-Quip Inc | | None | | | Sold | 07/24/12 | J | A | |
| 114. | | | | | Sold (part) | 02/23/12 | J | A | |
| 115. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 116. DST Systems Inc | | None | | | Sold | 07/24/12 | J | A | |
| 117. | | | | | Buy | 06/21/12 | J | | |
| 118. DSW Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 119. | | | | | Buy | 06/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Eaton Vance Corp | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 121. Electronics for Imaging | | None | | | Sold | 07/24/12 | J | A | |
| 122. Emcor Group Inc | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 123. | | | | | Buy | 02/22/12 | J | | |
| 124. Entegris Inc. | | None | | | Sold | 02/02/12 | J | A | |
| 125. Ethan Allen Interiors | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 126. | | | | | Sold (part) | 01/25/12 | J | A | |
| 127. | | | | | Sold (part) | 01/12/12 | J | | |
| 128. | | | | | Buy (add'l) | 06/20/12 | J | | |
| 129. E Trade Financial | | None | | | Sold | 07/24/12 | J | A | |
| 130. | | | | | Buy | 02/21/12 | J | | |
| 131. Forward Air Corp | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 132. | | | | | Sold (part) | 01/20/12 | J | A | |
| 133. General Communication Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 134. | | | | | Sold (part) | 01/19/12 | J | A | |
| 135. Glacier Bancorp Inc | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 136. Glatfelter | A | Dividend | | | Sold | 01/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Group 1 Automotive Inc. | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 138. Hancock Holding Co | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 139. | | | | | Sold (part) | 01/19/12 | J | A | |
| 140. | | | | | Buy (add'l) | 01/27/12 | J | | |
| 141. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 142. Horace Mann Educators Corp | A | Dividend | | | Sold | 07/24/12 | J | B | |
| 143. IDEX Corp | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 144. Intl Rectifier Corp | | None | | | Sold | 07/24/12 | J | A | |
| 145. | | | | | Buy | 05/03/12 | J | | |
| 146. J&J Snack Food Corp | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 147. | | | | | Sold (part) | 06/15/12 | J | A | |
| 148. Jabil Circuit Inc. | A | Dividend | | | Sold | 07/24/12 | J | B | |
| 149. | | | | | Sold (part) | 01/19/12 | J | A | |
| 150. Janus Capital Group Inc | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 151. | | | | | Sold (part) | 01/19/12 | J | A | |
| 152. Jones Lang Lasalle Inc | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 153. Joseph A Bank Clothiers | | None | | | Sold | 07/24/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Kar Auction Serv Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 155. Korn Ferry Intl | | None | | | Sold | 07/24/12 | J | A | |
| 156. | | | | | Buy (add'l) | 01/19/12 | J | | |
| 157. Landstar Systems Inc. | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 158. | | | | | Sold (part) | 05/17/12 | J | A | |
| 159. Oasis Petroleum Inc | | None | | | Sold | 07/24/12 | J | A | |
| 160. | | | | | Buy | 05/24/12 | J | | |
| 161. | | | | | Buy (add'l) | 06/08/12 | J | | |
| 162. Oceaneering Intl Inc. | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 163. | | | | | Sold (part) | 02/03/12 | J | A | |
| 164. | | | | | Buy (add'l) | 06/08/12 | J | | |
| 165. Officemax Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 166. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 167. PF Changs China Bistro | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 168. | | | | | Sold (part) | 05/12/12 | J | A | |
| 169. Pike Elec Corp | | None | | | Sold | 07/24/12 | J | A | |
| 170. Plantronics Inc. | A | Dividend | | | Sold | 07/24/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 01/04/12 | J | A | |
| 172. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 173. Post Holdings Inc | | None | | | Sold | 06/22/12 | J | A | |
| 174. | | | | | Spinoff (from line 175) | 02/06/12 | J | | |
| 175. Ralcorp Holdings Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 176. Resources Global Prof | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 177. Schawk Inc. | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 178. School Specialty Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 179. Semtech Corp | | None | | | Sold | 01/26/12 | J | A | |
| 180. | | | | | Sold (part) | 01/04/12 | J | A | |
| 181. Six Flags Entertainment | A | Dividend | | | Sold | 06/19/12 | J | A | |
| 182. | | | | | Sold (part) | 02/03/12 | J | A | |
| 183. Stancorp Finl Group | | None | | | Sold | 07/24/12 | J | A | |
| 184. | | | | | Sold (part) | 01/19/12 | J | A | |
| 185. Steris Corp | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 186. Stifel Financial Corp | | None | | | Sold | 07/24/12 | J | A | |
| 187. | | | | | Sold (part) | 02/23/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Tetra Technologies Inc. | | None | | | Sold | 07/24/12 | J | A | |
| 189. | | | | | Buy (add'l) | 06/21/12 | J | | |
| 190. Texas Industries Inc | | None | | | Sold | 07/24/12 | J | A | |
| 191. The Jones Group Inc | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 192. | | | | | Buy (add'l) | 05/15/12 | J | | |
| 193. Thor Industries Inc. | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 194. | | | | | Buy (add'l) | 04/10/12 | J | | |
| 195. | | | | | Buy (add'l) | 01/19/12 | J | | |
| 196. Trinity Industries Inc | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 197. United Stationers Inc. | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 198. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 199. Wabtec Corp | A | Dividend | | | Sold | 07/24/12 | J | B | |
| 200. Watts Water Tech | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 201. WEBMD Hlth Corp | | None | | | Sold | 07/24/12 | J | A | |
| 202. | | | | | Buy (add'l) | 01/10/12 | J | | |
| 203. Westar Energy Inc. | A | Dividend | | | Sold | 07/24/12 | J | B | |
| 204. Zions Bancorp | A | Dividend | | | Sold | 07/24/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 01/06/12 | J | | |
| 206. BROKERAGE ACCOUNT 92 | | | | | | | | | |
| 207. Atlanta GA Arpt Rev Ref (2018) | A | Interest | | | Sold | 07/25/12 | J | A | |
| 208. Citizens PPTY Ins Corp Fla Coastal (2016) | A | Interest | | | Sold | 07/25/12 | J | A | |
| 209. Hornell NY SD Ref (2019) | A | Interest | | | Sold | 07/25/12 | J | A | |
| 210. Intermountain Power Agency UT (2012) | A | Interest | | | Matured | 07/02/12 | J | A | |
| 211. Interstate MunUtil Dist, TX (2012) | A | Interest | | | Sold | 07/25/12 | K | B | |
| 212. Markham ILL GO (2022) | A | Interest | | | Sold | 07/25/12 | K | A | |
| 213. Palm Beach Fla Solid Waste Rev Ref (2022) | A | Int./Div. | | | Sold | 07/25/12 | J | A | |
| 214. Salt Lake City UT Rev (2015) | A | Interest | | | Sold | 07/25/12 | K | B | |
| 215. Sumner WA Imp Dist (2022) | A | Interest | | | Sold | 07/25/12 | K | A | |
| 216. Surprise AZ Mun Ppty (2022) | A | Interest | | | Sold | 07/25/12 | K | C | |
| 217. BROKERAGE ACCOUNT 96 | | | | | | | | | |
| 218. 40 S Africa Gold Krugerrands | | None | | | Sold | 07/26/12 | L | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 04/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments

1) The Trust #1 (ECM) shown as Item 6 is the ⬛⬛⬛⬛⬛ Revocable Trust. All of the assets held in the trust name were held in brokerage accounts and are listed in detail in this report . ⬛⬛⬛⬛⬛ pouse) died on 7-2-2012 and all assets held by the trust were liquidated and cash was distributed to the beneficiaries of the trust (Judge McNiff and children). The trust was therefore terminated in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PETER J. MCNIFF**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544